USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/24/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JORAM J. ARIS,

                Plaintiff,

-against-

NEW YORK GUARD, et al.,

                Defendants.

22-CV-5019 (VEC)

ORDER OF SERVICE

VALERIE CAPRONI, United States District Judge:

    Plaintiff, who is proceeding *pro se*, paid the filing fees to commence this action.

    The Clerk of Court is directed to issue summonses as to Defendants New York National Guard; New York State Division of Military and Naval Affairs; the Adjutant General aka TAG MG Raymond F. Shields, Jr.; and Governor Kathy Hochul. Plaintiff is directed to serve the summons and complaint on each Defendant within 90 days of the issuance of the summonses. If within those 90 days, Plaintiff has not either served Defendants or requested an extension of time to do so, the Court may dismiss the claims against Defendants under Rules 4 and 41 of the Federal Rules of Civil Procedure for failure to prosecute.

SO ORDERED.

Dated:   June 23, 2022
          New York, New York

                                          VALERIE CAPRONI
                                          United States District Judge