UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JORAM J. ARIS,<br><br>        Plaintiff,<br><br>  -against-<br><br>NEW YORK GUARD, et al.,<br><br>        Defendants. | 1:22-cv-05019 (JLR)<br><br>**<u>ORDER</u>** |

JENNIFER L. ROCHON, United States District Judge:

  Defendants filed a motion to dismiss on January 17, 2023. *See* ECF Nos. 19-20. Accordingly, and pursuant to Rule 4.A of the Court's Individual Rules in Civil *Pro Se* Cases, *pro se* Plaintiff shall file and serve his opposition papers by **February 14, 2023** and Defendants shall file any reply **within two weeks** of receipt of Plaintiff's opposition.

  The Clerk of Court is respectfully directed to mail this order to *pro se* Plaintiff at the address listed on the docket.

Dated: January 18, 2023
    New York, New York

                    SO ORDERED.

                    *Jennifer Rochon*
                    JENNIFER L. ROCHON
                    United States District Judge