UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JORAM J. ARIS,<br><br>                              Plaintiff,<br><br>         -against-<br><br>NEW YORK GUARD, et al.,<br><br>                              Defendants. | 1:22-cv-05019 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

By letter dated February 8, 2023, *pro se* Plaintiff requests a three-month extension of time to respond to Defendants' motion to dismiss. *See* ECF No. 22. Plaintiff requests the extension in order to access and research case law for the pending motion, which is more difficult for a *pro se* litigant, and because of Plaintiff's health. *Id*. Plaintiff represents that Defendants consent to the extension sought. *Id*.

Three months is a very substantial extension. The Court is sympathetic to the challenges that *pro se* litigants encounter in prosecuting their cases. Indeed, the Court's Individual Rules in Civil *Pro Se* Cases already afford *pro se* litigants more time to respond to motions than would be afforded to counseled parties. *See* Rochon Indiv. Rules in Civil *Pro Se* Cases 4.A. Nevertheless, based on Plaintiff's stated need for additional time to conduct research, Plaintiff's health, and Defendants' consent, the Court will grant the extension sought. However, given the substantial duration of this extension, the Court is unlikely to grant Plaintiff any further extensions.

Accordingly, Plaintiff shall submit his opposition no later than **May 15, 2023**. Defendants shall file any reply **within two weeks** of receipt of Plaintiff's opposition.

Additionally, Plaintiff represents in his letter that he is willing to resolve this action apparently without cost to Defendants. The Court encourages the parties to confer regarding

possible settlement and, if the parties believe that a referral to the Court-annexed mediation program or a settlement conference before the designated Magistrate Judge would be helpful, they should submit a joint letter to the Court.

The Clerk of Court is respectfully directed to mail this order to *pro se* Plaintiff at the address listed on the docket.

Dated: February 10, 2023
New York, New York

SO ORDERED.

*Jennifer Rochon*
JENNIFER L. ROCHON
United States District Judge