UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JORAM J. ARIS,<br><br>                              Plaintiff,<br><br>            -against-<br><br>NEW YORK GUARD, et al.,<br><br>                              Defendants. | 1:22-cv-05019 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

On February 10, 2023, the Court granted *pro se* Plaintiff a substantial three-month extension of time – until May 15, 2023 – to respond to Defendants' motion to dismiss. ECF No. 23. The Court warned that it was unlikely to grant any further extensions. *Id*. To date, Plaintiff has not filed any response to Defendants' motion.

As a final courtesy, the Court will extend Plaintiff's deadline to respond to the motion until **June 6, 2023**. If the Court does not receive a response by that date, it will deem Defendants' motion to dismiss unopposed. Failure to comply with Court orders and deadlines may also result in dismissal of this case for failure to prosecute.

The Clerk of Court is respectfully directed to mail this order to *pro se* Plaintiff at the address listed on the docket.

Dated:  May 23, 2023
            New York, New York

                                                                                    SO ORDERED.

                                                                                    *Jennifer Rochon*
                                                                                    JENNIFER L. ROCHON
                                                                                    United States District Judge