UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JORAM J. ARIS,<br><br>         Plaintiff,<br><br>  -against-<br><br>NEW YORK GUARD, et al.,<br><br>         Defendants. | 1:22-cv-05019 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

  Plaintiff filed his opposition to Defendants' motion to dismiss on May 30, 2023. ECF No. 25. Accordingly, Defendants shall file a reply, if any, by **June 13, 2023**.

  The Clerk of Court is respectfully directed to mail this order to *pro se* Plaintiff at the address listed on the docket.

Dated: June 1, 2023
     New York, New York

                     SO ORDERED.

                     *Jennifer Rochon*
                     JENNIFER L. ROCHON
                     United States District Judge