**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
JORAM J. ARIS,

                    Plaintiff,

    -against-                                      22 **CIVIL** 5019 (JLR)

                                                            **JUDGMENT**

NEW YORK GUARD, et al.,

                    Defendant.
-------------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated August 4, 2023, Defendants motion to dismiss is GRANTED. The Complaint is dismissed and Plaintiff's request for leave to amend to DENIED. Accordingly, the case is closed.

**Dated:** New York, New York

        August 4, 2023

                                                              **RUBY J. KRAJICK**
                                                                 Clerk of Court

                                         **BY:**
                                                                    **Deputy Clerk**